IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-00411-D

| | | |
|---|---|---|
| ALEXIS WAY, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | ORDER |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is ORDERED that Defendant pay the sum of $4,995.00 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, pursuant to the Stipulation of the parties, which the Court finds reasonable. Such payment should be sent to:

Bethany Morris Hukill
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charles T. Hall Law Firm, P.C., and mailed to the office address above in accordance with Plaintiff's assignment to counsel of his right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

SO ORDERED. This 12 day of February 2016.

JAMES C. DEVER III
Chief United States District Judge