UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ALEXIS WAY, )
        Plaintiff, )
         ) **JUDGMENT IN A CIVIL CASE**
    v. )
         ) **CASE NO. 5:14-CV-411-D**
CAROLYN W. COLVIN, Acting Commissioner of )
Social Security, )
        Defendant. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay the sum of $4,995.00 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, pursuant to the Stipulation of the parties, which the Court finds reasonable. Such payment should be sent to:

Bethany Morris Hukill

Charles T. Hall Law Firm, P.C.

P.O. Box 10629

Raleigh, NC 27605

**This Judgment Filed and Entered on February 12, 2016, and Copies To:**

| | |
|---|---|
| Bethany Morris Hukill | (via CM/ECF Notice of Electronic Filing) |
| Mark J. Goldenberg | (via CM/ECF Notice of Electronic Filing) |
| Robert K. Crowe | (via CM/ECF Notice of Electronic Filing) |

DATE:                          JULIE RICHARDS JOHNSTON, CLERK

February 12, 2016            (By) /s/ Nicole Briggeman

                                        Deputy Clerk