UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ALEXIS H. WAY,  )
        Plaintiff,  )
      )  **JUDGMENT IN A CIVIL CASE**
  v.  )
      )  **CASE NO. 5:14-CV-411-D**
CAROLYN W. COLVIN, Acting Commissioner  )
of Social Security,  )
        Defendant.  )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $12,500.00 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

**This Judgment Filed and Entered on August 8, 2016, and Copies To:**

Bethany Morris Hukill                                   (via CM/ECF Notice of Electronic Filing)

Mark J. Goldenberg                                    (via CM/ECF Notice of Electronic Filing)

DATE:                                  JULIE RICHARDS JOHNSTON, CLERK

August 8, 2016                       (By) /s/ Nicole Briggeman
                                                      Deputy Clerk